**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00204-CV**

_____

**SUSAN LOUISE FARRELL, Appellant**

**V.**

**THOMAS GERALD FARRELL, Appellee**

_____

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 11-10-11725 CV**

_____

**MEMORANDUM OPINION**

The appellant, Susan Louise Farrell, filed a request to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

1

Opinion Delivered May 9, 2013

Before McKeithen, C.J., Gaultney and Horton, JJ.